# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*April 18, 2005*

[Cite as *04/18/2005 Case Announcements,* 2005-Ohio-1782.]

## DISCIPLINARY CASES

**2004–1143.   In re McCord.**
This cause came on for further consideration upon the filing by respondent of a motion for reinstatement. Upon consideration thereof,
   IT IS ORDERED that the motion be, and hereby is, denied.

**2004–1373.   Columbus Bar Assn. v. Moushey.**
IT IS ORDERED by this court, sua sponte, that Michael L. Moushey, Attorney Registration No. 0033805, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of December 22, 2004, to wit: failure to surrender his Certificate of Admission and file an affidavit of compliance on or before January 21, 2005.

**2004–1410.   Dayton Bar Assn. v. Engel.**
IT IS ORDERED by this court, sua sponte, that Andrew M. Engel, Attorney Registration No. 0047371, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of December 22, 2004, to wit: failure to file an affidavit of compliance on or before January 21, 2005.

## MISCELLANEOUS DISMISSALS

**2004–0003.   State v. Back.**
Butler App. No. CA2003–01–011. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–2134.   Becker v. Watson.**
In Prohibition. This cause originated in this court upon the filing a complaint for a writ of prohibition on December 27, 2004. On January 11, 2005, the Clerk of this court notified relator of the failure of service on respondent pursuant to Civ.R. 4.1(A). To date, relator has failed to amend his complaint or otherwise instruct the Clerk regarding completion of service under Civ.R. 4.6(E). Accordingly,
   IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed without prejudice.

**2005–0023.   Duke Realty Ohio v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–1751. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2004–2051.   State ex rel. Stoops Freightliner v. Roop.**
Franklin App. No. 03AP–1273.

**2005–0562.   State ex rel. Brown v. Duramed Pharmaceuticals, Inc.**
Franklin App. No. 04AP–81.

**2005–0625.   Dircksen v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–452.